# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV10-01341 JAK (MLGx) | Date | June 16, 2011 |
| Title | Judith A Kendig v. Aetna Life Insurance Company, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On June 14, 2011, plaintiff filed "Notice of Settlement" [16]. The Court sets an Order to Show Cause re Dismissal for July 18, 2011 at 10:30 a.m. If the parties file a dismissal by July 15, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The Court Trial set for August 9, 2011 is vacated.

**IT IS SO ORDERED.**

Initials of Preparer  ak